**STAN STANART**
COUNTY CLERK, HARRIS COUNTY, TEXAS
PROBATE COURTS DEPARTMENT

6th day of March, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/6/2015 3:17:16 PM
CHRISTOPHER A. PRINE
Clerk

CLERK OF THE COURT OF APPEALS FOR THE
FIRST JUDICIAL DISTRICT (CIVIL APPEAL)
301 FANNIN STREET
HOUSTON, TEXAS 77002

ESTATE OF: RUBY S. PETERSON, INCAPACITATED
CAUSE NO.: 427,208

MACKEY GLEN PETERSON, TONYA PERTERSON,
DON LESLIE PETERSON, CARO PETERSON, AND
LONNY PERSON
APPELLANT
    VS.

PROBATE COURT NO. ONE
HARRIS COUNTY, TEXAS

CAROL ANNE MANLEY, DAVID PETERSON,
SILVERADO SENIOR LIVING, INC., D/B/A/
SILVERADO SENIOR LIVING-SUGAR LAND,
W. RUSS JONES, AS ATTORNEY AD LITEM FOR
RUBY S. PETERSON, AND JILL W. YOUNG, AS
GUARDIAN AD LITEM FOR RUBY S. PETTERSON,
APPELLEE

DON PYLANT,
COURT REPORTER

ATTORNEY OF RECORD FOR APPELLANT
NAME:            PHILIP M. ROSS
ADDRESS:      1006 HOLBROOK ROAD
               SAN ANTONIO, TEXAS 78218
TELEPHONE#:   210-326-2100
FAX #           N/A
EMAIL ADDRESS:  ROSS_LAW@HOTMAIL.COM
TEXAS STATE BAR#: 17304200

ATTORNEY OF RECORD FOR APPELLEE CAROL ANNE MANLEY AND DAVID PETERSON
NAME:            SARAH PATEL PACHECO
ADDRESS:      1401 MCKINNEY ST., SUITE 1700
               HOUSTON, TEXAS 77010
TELEPHONE#:   713-658-2323
FAX #           713-658-1921
EMAIL ADDRESS:  SPACHECO@CRAINCATON.COM
TEXAS STATE BAR#: 00788164

ATTORNEY OF RECORD FOR APPELLEE SILVERADO SENIOR LIVING, INC., D/B/A SILVERADO SENIOR
LIVING-SUGAR LAND
NAME:            JOSH K. DAVIS
ADDRESS:      24 GREENWAY PLAZA, SUITE 1400
               HOUSTON, TEXAS 77046
TELEPHONE#:   713-659-6767
FAX #           713-759-6830
EMAIL ADDRESS:
TEXAS STATE BAR#: 24031993

PBT-2015-76840

1

ATTORNEY OF RECORD FOR APPELLEE W. RUSS JONES, ATTORNEY AD LITEM FOR RUBY S. PETERSON
NAME:              W. RUSS JONES
ADDRESS:           5177 RICHMOND AVE., SUITE 505
                   HOUSTON, TEXAS 77056
TELEPHONE#:        713-552-1144
FAX #             713-781-4448
EMAIL ADDRESS:
TEXAS STATE BAR#: 10968050


ATTORNEY OF RECORD FOR APPELLEE JILL W. YOUNG, GUARDIAN AD LITEM FOR RUBY S. PETERSON
NAME:              JILL W. YOUNG
ADDRESS:           2900 WESLAYAN, SUITE 150
                   HOUSTON, TEXAS 77027
TELEPHONE#:        713-527-2900
FAX #             713-572-2902
EMAIL ADDRESS:
TEXAS STATE BAR#: 00797670


DATE OF JUDGMENT: **NOVEMBER 10, 2014**
MOTION TO RECONSIDER RULINGS FILED: **NOVEMBER 17, 2014**
MOTION FOR MISTRIAL FILED: **N/A**
JURY TRIAL: **NO**
APPEALS CONSOLIDATED UNDER THIS CAUSE: **N/A**
COMPANION CASES: **N/A**
AMENDED NOTICE OF APPEAL FILED ON: **MARCH 4, 2015**

Sincerely,
STAN STANART,
Harris County Clerk

/S/ MARISOL HASTINGS_____
MARISOL HASTINGS, DEPUTY
Probate Courts Department
(713)755-6425

SS/MH

2

**DV**

FILED
3/4/2015 4:36:10 PM
Stan Stanart
County Clerk
Harris County

**PROBATE COURT 1**

NO. 427,208

| | | |
|---|---|---|
| MACKEY ("MACK") GLEN PETERSON, | § | IN PROBATE COURT NO. 1 |
| PETERSON; TONYA PETERSON, | § | |
| Individually and as Next Friend of RUBY | § | |
| PETERSON; DON LESLIE PETERSON; | § | |
| CAROL PETERSON, Individually and | § | |
| as Next Friend, of RUBY PETERSON; | § | |
| and LONNY PETERSON, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | |
| | § | |
| SILVERADO SENIOR LIVING, INC., | § | |
| d/b/a Silverado Senior Living – Sugar Land, | § | |
| | § | |
| Defendants. | § | HARRIS COUNTY, TEXAS |

## FIRST AMENDED NOTICE OF APPEAL

TO THE HONORABLE JUDGE PRESIDING AND TO THE JUSTICES OF THE FIRST AND FOURTEENTH JUDICIAL DISTRICT COURTS OF APPEALS:

NOW COME, MACKEY GLEN PETERSON, TONYA PETERSON, DON LESLIE PETERSON, CAROL PETERSON, and LONNY PETERSON ("Plaintiffs"), by and through undersigned counsel, and file their First Amended Notice of Appeal pursuant to TRAP Rule 25.1, and would show the Court as follows:

1

MACKEY GLEN PETERSON; TONYA PETERSON, DON LESLIE PETERSON, CAROL PETERSON, LONNY PETERSON and their attorney CANDICE SCHWAGER desire to Appeal from the following Orders:

A Order granting Silverado Senior Living, Inc. d/b/a Silverado Senior Living – Sugar Land's Rule 91a motion to dismiss;

B Order denying motion to reconsider 91a motion to dismiss and motion for sanctions, signed on January 9, 2015;

C Order granting application for attorney's fees pursuant to Rule 91a Order entered on November 10, 2014, signed on January 9, 2015;

D Order granting Silverado's first amended plea to the jurisdiction, signed on January 9, 2015;

E Order granting Silverado's 91a motion to dismiss Plaintiffs' breach of trust and/or breach of fiduciary duty, signed on January 9, 2015;

in Cause No. 427,208 and/or No. 427,208-401 styled MACKEY GLEN PETERSON; TONYA PETERSON, Individually and as Next Friend of RUBY PETERSON; DON LESLIE PETERSON; CAROL PETERSON, Individually and as Next Friend of RUBY PETERSON; and LONNY PETERSON v. CAROL ANNE MANLEY, DAVID PETERSON, SILVERADO SENIOR LIVING, INC., d/b/a Silverado

2

Senior Living – Sugar Land, pending in Probate Court No. One, Harris County, Texas.

F  Order for sanctions, signed on January 10, 2015; and

G  Order on David Peterson and Carol Ann Manley's motion for sanctions, signed on January 10, 2015

2  The dates of the Orders appealed from are November 10, 2014 and January 9, 2015.

3  MACKEY GLEN PETERSON, TONYA PETERSON, DON LESLIE PETERSON, CAROL PETERSON, LONNY PETERSON and their attorney CANDICE SCHWAGER desire to appeal.

4  MACKEY GLEN PETERSON TONYA PETERSON, DON LESLIE PETERSON, CAROL PETERSON, LONNY PETERSON and their attorney CANDICE SCHWAGER desire to appeal to the First or Fourteenth Court of Appeals, Houston, Texas.

5  MACKEY GLEN PETERSON, TONYA PETERSON, DON LESLIE PETERSON, CAROL PETERSON, and LONNY PETERSON are the parties filing this appeal.

6  This Notice of Appeal is being served on all parties to the court's Orders.

WHEREFORE, MACKEY GLEN PETERSON, TONYA PETERSON, DON LESLIE PETERSON, CAROL PETERSON, LONNY PETERSON and

3

their attorney CANDICE SCHWAGER hereby file this notice of appeal. They also claim such further relief to which they may be justly entitled.

Respectfully submitted,

Philip M. Ross
SBN 17304200
1006 Holbrook Road
San Antonio, Texas 78218
Phone: 210/326-2100
Email: ross_law@hotmail.com

By:  /s/ Philip M. Ross
Philip M. Ross
Attorney for MACKEY GLEN
PETERSON, TONYA PETERSON,
DON LESLIE PETERSON, CAROL
PETERSON, and LONNY PETERSON

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above document was e-filed and sent by email or electronic delivery by agreement to:

| | |
|---|---|
| Josh Davis | Sarah Pacheco |
| Lewis Brisbois Bisgaard & Smith, LLP | Kathleen Beduze |
| Weslayan Tower, Suite 1400 | Crain, Caton & James, PC |
| 24 Greenway Plaza | 1401 McKinney St., Suite 1700 |
| Houston, TX 77046 | Houston, TX 77010 |

on March 3, 2015.

/s/ Philip M. Ross
Philip M. Ross

4